August 7, 1975.

Alpaugh, et al. *v.* Palmer, et al., Appellants.

Argued June 9, 1975. *Lawrence E. Wood,* with him *Wood, Parke & Barnes,* for appellants; *Samuel S. Blank,* for appellees.

Judgment affirmed.